STATE OF MINNESOTA                    DISTRICT COURT

COUNTY OF HENNEPIN                    FOURTH JUDICIAL DISTRICT
                                      CASE TYPE: DECLARATORY JUDGMENT

Alpine Glass, Inc.,                   Court File No. _____
                                      Judge _____
    Plaintiff,

vs.                                   **SUMMONS**

Country Mutual Insurance Company, Inc.,

    Defendant.

THE STATE OF MINNESOTA TO THE ABOVE-NAMED DEFENDANTS:

You are hereby summoned and required to serve upon Plaintiff's attorney an answer to the complaint, which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the date of service upon you. If you should fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This case may be subject to Alternative Dispute Resolution (ADR) processes under Rule 114 of the General Rules of Practice for District Courts. The court administrator or your attorney can provide you with information about ADR options and a list of neutrals available in your area. ADR does not affect your obligation to responds to the Summons and Complaint within 20 days.

Dated: <u>November 5, 2009</u>.      LIVGARD & LLOYD, PLLP

                                      By /s/ Charles J. Lloyd
                                      Charles J. Lloyd, #174257
                                      2520 University Avenue S.E., Suite 202
                                      Minneapolis, MN 55414
                                      Telephone: (612) 825-7777
                                      Facsimile: (612) 825-3977

                                      **ATTORNEYS FOR PLAINTIFF
                                      ALPINE GLASS, INC.**



EXHIBIT A

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF HENNEPIN                              FOURTH JUDICIAL DISTRICT

                                          CASE TYPE: DECLARATORY JUDGMENT

Alpine Glass, Inc.,                         Court File No. _____
                                            Judge _____
          Plaintiff,

vs.                                         **COMPLAINT FOR DECLARATORY RELIEF**

Country Mutual Insurance Company, Inc.,

          Defendant.

For its complaint for declaratory relief, plaintiff Alpine Glass, Inc. states and alleges as follows:

1. Alpine brings this Complaint for Declaratory Relief pursuant to Minn. Stat. § 555.01, et seq.

2. Plaintiff Alpine Glass, Inc. is a Minnesota corporation engaged in the business of automobile glass repair and replacement in the State of Minnesota including the Twin Cities metropolitan and surrounding areas.

3. Defendant Country Mutual Insurance Company, Inc. is an insurance company engaged in the business of insurance. Country Mutual is licensed to, and in fact sells, automobile insurance in Minnesota. Among automobile insurance coverage offered by Country Mutual in Minnesota is coverage for automobile glass.

4. Prior to sometime in 2004, MSI Insurance Companies engaged in the business of insurance and sold automobile insurance in Minnesota. Among automobile insurance coverage offered by MSI in Minnesota was coverage for automobile glass.

5. On or about January 2004 Country Mutual acquired MSI. Country Mutual is responsible for claims against MSI Insurance Companies.

6. This dispute among the parties relates entirely to Country Mutual's and MSI's obligations to pay for losses to its insureds or its insureds' assignees under the comprehensive portions of the respective automobile insurance policies covering damage to broken automobile glass.

7. During the relevant timeframe of this dispute, Alpine billed MSI and Country Mutual based on a specific formula or percentage of the NAGS List Price. NAGS List Price is a standard price list widely used by both auto glass companies and insurers as a benchmark pricing guide and is analogous to the commonly understood commercial concept of "suggested retail price."

8. During the relevant timeframe of this dispute, MSI and Country Mutual paid comprehensive automobile glass claims, to Alpine, based on a specific formula or percentage of the NAGS List Price.

9. Virtually every windshield or automobile glass part has a different NAGS List Price depending on the make, model and year of the subject vehicle among other factors.

10. The monetary amount in controversy in this litigation is the direct result of MSI and Country Mutual paying to Alpine a price less than that charged by Alpine, an amount Alpine contends is less than what is required of Country Mutual by the terms of Country Mutual's insurance policy.

11. Attached to and incorporated by this complaint as Exhibit A is a listing of claims whereby MSI and Country Mutual has failed to pay Alpine the amount billed by Alpine and the amount owed under the terms of MSI's and Country Mutual's insurance policy and on which

2

Country Mutual owes Alpine the amounts listed.

12. The amount in dispute with respect to MSI and Country Mutual is $216,520.66.

13. Due to the nature of the auto glass business, the number of short paid invoices is likely to continue to increase as additional claims are submitted to Country Mutual. As such, the consolidated matter should include those future invoices.

14. This dispute among the parties, as it relates to subject matter jurisdiction, is governed by Minn. Stat. 65B.525 subd. 1, as interpreted by the Minnesota Supreme Court in *Illinois Farmers Ins. Co. v. Glass Service Co. Inc.*, 683 N.W.2d 792 (Minn. 2004), which requires these disputes to be submitted to mandatory binding arbitration under the No-Fault Rules administered by the American Arbitration Association.

15. During the relevant timeframe of this dispute, Alpine performed automobile glass replacements for literally hundreds of MSI and Country Mutual's insureds, all of whom assigned their insurance proceeds to Alpine.

16. The requirement of mandatory and binding arbitration under the No-Fault Rules is not in dispute in this litigation. The only issue before this Court is whether Alpine should be allowed to consolidate for arbitration the individual claims pertaining to each individual insured.

17. The Minnesota Supreme Court, in the *Illinois Farmers v. Glass Service* case noted above, recently articulated the legal standard for district courts when deciding whether to allow consolidation of auto glass claims for arbitration under the No-Fault Rules. The Supreme Court's three-part test requires this Court to consider the efficiencies that may result from consolidating the arbitrations, the danger of inconsistent judgments and the prejudice the parties may suffer from the consolidation.

18. This precise issue of whether to allow consolidation is not one of first

impression and, in fact, has been recently decided by district courts in both Hennepin County and Ramsey County and the United States District Court for the District of Minnesota in favor of consolidation.

19. On October 29, 2004, the Hennepin County District Court, Honorable Isabel Gomez presiding, granted a glass company's motion to consolidate claims for arbitration in a matter captioned *Glass Service Company, Inc. vs. United States Automobile Insurance Company,* (Court File No. 02-018699).

20. On January 3, 2005, the Ramsey County District Court, Honorable John T. Finley presiding, on remand from the Minnesota Supreme Court, granted a glass company's motion to consolidate claims for arbitration in a matter captioned *Illinois Farmers Ins. Co. vs. Glass Service Co., Inc.,* (Court File No. 62-C1-02-005860).

21. On March 12, 2007, the United States District Court for the District of Minnesota, Honorable Joan N. Erickson presiding, granted a glass company's motion to consolidate claims for arbitration in a matter captioned *Alpine Glass, Inc. v. Allstate Insurance Company,* (Court File NO. 06-1043).

22. On March 30, 2007, the United States District Court for the District of Minnesota, Honorable Patrick J. Schiltz presiding, granted a glass company's motion to consolidate claims for arbitration in a matter captioned *Alpine Glass, Inc. v. Illinois Farmers Insurance Company and Mid-Century Insurance Company,* (Court File No. 06-1149).

23. On May 29, 2007, the United States District Court for the District of Minnesota, Honorable David S. Doty presiding, granted a glass company's motion to consolidate claims for arbitration in a matter captioned *Alpine Glass, Inc. v. American Family Insurance Company,* (Court File No. 06-4213).

24. On September 16, 2009, Hennepin County District Court, Honorable Deborah Hedlund presiding, granted a glass company's motion to consolidate claims for arbitration in a matter captioned *Garlyn, Inc. d/b/a Polzin Glass vs. Progressive Casualty Insurance Company, et al.*, (Court File No. 27-cv-09-13133).

25. The issue before this Court is identical and indistinguishable from the issues presented in the prior cases.

WHEREFORE, Alpine requests that the Court enter an Order for judgment declaring as follows:

1. That there exist common issues of law and fact with respect to each of the individually disputed invoices;

2. That the interests of efficiency and avoiding inconsistent results in individual arbitrations weighs in favor of consolidation;

3. That no prejudice exists to the parties if the individual invoices are consolidated;

4. That a substantial likelihood of prejudice exists if the individual invoices are required to be arbitrated separately;

5. That the parties are required to arbitrate this dispute in accordance with the Minnesota No-Fault Act, on a consolidated basis in one hearing given that Alpine's glass prices are consistent throughout the time period of this dispute;

6. That the consolidated arbitration include disputed invoices that arise after the commencement of this action and before the commencement of the arbitration hearing;

7. Awarding Alpine its costs and disbursements; and

8.    Other just relief.

Dated: November 5, 2009.

**LIVGARD & LLOYD, PLLP**

By _/s/ Charles V. Lloyd_
   Charles V. Lloyd, #174257
2520 University Avenue S.E., Suite 202
Minneapolis, MN 55414
Telephone: (612) 825-7777
Facsimile: (612) 825-3977

**ATTORNEYS FOR PLAINTIFF ALPINE GLASS, INC.**

## ACKNOWLEDGMENT

The plaintiff in this action, by its undersigned attorney, acknowledges that sanctions may be imposed pursuant to Minn. Stat. Section 549.211.

_/s/ Charles V. Lloyd_
Charles V. Lloyd, #174257

8.   Other just relief.

Dated: November 5, 2009.

**LIVGARD & LLOYD, PLLP**

By _/s/ Charles V. Lloyd_
   Charles V. Lloyd, #174257
2520 University Avenue S.E., Suite 202
Minneapolis, MN 55414
Telephone: (612) 825-7777
Facsimile: (612) 825-3977

**ATTORNEYS FOR PLAINTIFF ALPINE GLASS, INC.**

## ACKNOWLEDGMENT

The plaintiff in this action, by its undersigned attorney, acknowledges that sanctions may be imposed pursuant to Minn. Stat. Section 549.211.

_/s/ Charles V. Lloyd_
Charles V. Lloyd, #174257

Alpine Glass, Inc. v. Country Insurance Financial Services
Short Paid Claims

| Date | Invoice # | Policy # | Name | Invoice Amt | Amt Paid | Amt Due |
|---|---|---|---|---|---|---|
| 09/02/03 | MSI-28858 | 3236323 | Tim Fahs | $ 773.76 | $ 339.64 | $ 434.12 |
| 09/09/03 | MSI-28987 | 1798892 | Paul Bingea | $ 955.91 | $ 424.39 | $ 531.52 |
| 09/05/03 | MSI-29004 | 1968012 | Carol Christoffersen | $ 883.32 | $ 385.46 | $ 497.86 |
| 09/08/03 | MSI-29026 | 3210174 | Amber Smith | $ 877.90 | $ 381.22 | $ 496.68 |
| 09/08/03 | MSI-29030 | 1804205 | Ricki Nelson | $ 799.47 | $ 345.85 | $ 453.62 |
| 09/10/03 | MSI-29038 | 1935149 | Timothy Zink | $ 921.47 | $ 409.48 | $ 511.99 |
| 09/12/03 | MSI-29139 | 3150975 | Jim Germundson | $ 773.12 | $ 341.01 | $ 432.11 |
| 09/11/03 | MSI-29168 | 1602942 | James & Mary Coulter | $ 1,031.30 | $ 467.08 | $ 564.22 |
| 09/17/03 | MSI-29209 | 3170602 | Kathy Ebert | $ 744.44 | $ 330.40 | $ 414.04 |
| 09/16/03 | MSI-29233 | 3214692 | Jeff Chastek | $ 1,140.60 | $ 507.27 | $ 633.33 |
| 09/22/03 | MSI-29272 | 1747648 | Ben Lewis | $ 744.44 | $ 330.27 | $ 414.17 |
| 09/25/03 | MSI-29328 | 1994432 | Ronald Niemala | $ 740.70 | $ 347.28 | $ 393.42 |
| 09/24/03 | MSI-29404 | 3029476 | Mary Keenan | $ 849.76 | $ 387.80 | $ 461.96 |
| 10/03/03 | MSI-29534 | 1878167 | Joan Peterson | $ 1,003.11 | $ 422.54 | $ 580.57 |
| 10/11/03 | MSI-29687 | 1682682 | Archie Schurb | $ 833.58 | $ 490.08 | $ 343.50 |
| 10/08/03 | MSI-29726 | 3166128 | Steve Hauschidl | $ 744.44 | $ 330.27 | $ 414.17 |
| 10/17/03 | MSI-29855 | 1995397 | Nancy And Millard Johnston | $ 896.72 | $ 460.43 | $ 436.29 |
| 10/20/03 | MSI-29948 | 3181522 | Carol Wiss | $ 971.46 | $ 599.61 | $ 371.85 |
| 10/27/03 | MSI-30005 | 6318878 | Peter Jilk | $ 890.97 | $ 553.81 | $ 337.16 |
| 10/27/03 | MSI-30018 | 3207540 | Sunny Hall | $ 985.14 | $ 426.71 | $ 558.43 |
| 10/24/03 | MSI-30020 | 1917171 | David Pitts | $ 854.89 | $ 381.46 | $ 473.43 |
| 10/31/03 | MSI-30114 | 6191823 | Thomas Mayfield | $ 866.43 | $ 448.98 | $ 417.45 |
| 10/30/03 | MSI-30127 | 3234745 | Ted Perlinger | $ 3,424.44 | $ 1,671.65 | $ 1,752.79 |
| 10/30/03 | MSI-30143 | 3121824 | Darrin Eggert | $ 683.05 | $ 468.81 | $ 214.24 |
| 11/07/03 | MSI-30249 | 1805898 | Gerald Putzier | $ 732.34 | $ 538.66 | $ 193.68 |
| 11/07/03 | MSI-30250 | 19997945- | Gerald Putzier | $ 735.12 | $ 554.78 | $ 180.34 |
| 11/13/03 | MSI-30305 | 3208270 | Leeanne And Kathy Rostberg | $ 900.10 | $ 431.34 | $ 468.76 |
| 11/20/03 | MSI-30427 | 1984655 | Maureen Toews | $ 767.20 | $ 511.87 | $ 255.33 |
| 11/10/03 | MSI-30449 | 3128771 | David Justin | $ 968.43 | $ 743.41 | $ 225.02 |
| 11/26/03 | MSI-30536 | 3111302 | Dale And Andria Leopold | $ 659.90 | $ 330.27 | $ 329.63 |
| 11/26/03 | MSI-30543 | 3111302 | Andria Leopold | $ 771.58 | $ 395.75 | $ 375.83 |
| 12/03/03 | MSI-30591 | 3141820 | Nou Vue Chang | $ 741.30 | $ 487.12 | $ 254.18 |
| 12/04/03 | MSI-30642 | 1703454 | James And Darlene Walberg | $ 1,227.97 | $ 921.71 | $ 306.26 |
| 12/04/03 | MSI-30679 | 1810084 | George Shelton | $ 881.02 | $ 639.72 | $ 241.30 |
| 12/12/03 | MSI-30807 | 1937990 | Jodi Olson | $ 841.95 | $ 436.04 | $ 405.91 |
| 12/15/03 | MSI-30813 | 1984906 | Mark And Lisa Olson | $ 792.76 | $ 358.32 | $ 434.44 |
| 12/15/03 | MSI-30826 | 3253884 | Linda Prince | $ 949.38 | $ 590.63 | $ 358.75 |
| 12/16/03 | MSI-30838 | 1941491 | David Eggert | $ 717.76 | $ 528.07 | $ 189.69 |
| 12/17/03 | MSI-30842 | 3165905 | Michael Galkowski | $ 796.20 | $ 362.63 | $ 433.57 |
| 12/29/03 | MSI-30942 | 3191860 | Corey Vanderhoff | $ 755.85 | $ 482.70 | $ 273.15 |
| 12/31/03 | MSI-30975 | 3181895 | Mike Nelson | $ 755.85 | $ 482.70 | $ 273.15 |
| 12/31/03 | MSI-30976 | 3181897 | Ammie Nelson | $ 659.90 | $ 427.34 | $ 232.56 |
| 12/30/03 | MSI-30977 | 3219938 | Sandy McCoy | $ 716.72 | $ 347.90 | $ 368.82 |
| 01/21/04 | MSI-31223 | 1949479 | Carmen Sminesvik | $ 855.72 | $ 406.02 | $ 449.70 |
| 01/23/04 | MSI-31300 | 3233876 | Jeff Lavallie | $ 714.10 | $ 347.28 | $ 366.82 |
| 01/28/04 | MSI-31340 | 3141935 | Joni Peterson | $ 787.00 | $ 552.56 | $ 234.44 |
| 02/04/04 | MSI-31460 | 1946291 | Karin Ennen | $ 799.64 | $ 583.97 | $ 215.67 |
| 02/18/04 | MSI-31700 | 3196626 | Beverly Ludwig | $ 914.82 | $ 445.47 | $ 469.35 |
| 03/01/04 | MSI-31866 | 3230822 | Steve And Jennifer Sylvers | $ 835.69 | $ 612.99 | $ 222.70 |
| 03/05/04 | MSI-31967 | 1996275 | Tomie Mcdunna | $ 746.95 | $ 378.03 | $ 368.92 |
| 03/08/04 | MSI-32011 | 3268194 | Julie Hott | $ 916.44 | $ 410.42 | $ 506.02 |
| 03/10/04 | MSI-32023 | 1823150 | Heath Foss | $ 689.00 | $ 490.73 | $ 198.27 |
| 03/08/04 | MSI-32031 | 3195253 | Jennifer Ries | $ 852.61 | $ 404.37 | $ 448.24 |
| 03/15/04 | MSI-32099 | 1722082 | Nancy Carlson | $ 885.16 | $ 461.46 | $ 423.70 |
| 03/15/04 | MSI-32112 | 1454333 | Sandra Boncher | $ 744.10 | $ 376.50 | $ 367.60 |
| 03/15/04 | MSI-32117 | 1884097 | Frank Arko | $ 789.75 | $ 468.10 | $ 321.65 |
| 03/17/04 | MSI-32177 | 3229708 | Brenda Hellen | $ 764.31 | $ 509.71 | $ 254.60 |
| 03/16/04 | MSI-32191 | 3212784 | Perry Peterson | $ 725.12 | $ 362.05 | $ 363.07 |
| 03/17/04 | MSI-32212 | 3282369 | Antonio Meraz | $ 755.85 | $ 482.70 | $ 273.15 |
| 03/22/04 | MSI-32251 | 1362186 | Carol And David Hanson | $ 769.57 | $ 381.22 | $ 388.35 |

**EXHIBIT A**

Alpine Glass, Inc. v. Country Insurance Financial Services
Short Paid Claims

| Date | Invoice # | Policy # | Name | Invoice Amt | Amt Paid | Amt Due |
|---|---|---|---|---|---|---|
| 03/24/04 | MSI-32260 | 3239556 | Rebecca Cavallin | $ 950.79 | $ 663.50 | $ 287.29 |
| 04/01/04 | MSI-32333 | 3275011 | Joel Havel | $ 856.29 | $ 570.35 | $ 285.94 |
| 03/31/04 | MSI-32379 | 3020888 | David O'Brien | $ 755.85 | $ 367.34 | $ 388.51 |
| 04/07/04 | MSI-32506 | 3205421 | Angie And Marcus Barden | $ 739.33 | $ 376.48 | $ 362.85 |
| 04/12/04 | MSI-32598 | 3202495 | Katie Splittstoesser | $ 736.10 | $ 485.92 | $ 250.18 |
| 04/15/04 | MSI-32677 | 3009102 | Sheila Kranz | $ 716.66 | $ 450.76 | $ 265.90 |
| 04/19/04 | MSI-32762 | 3244328 | Karen Nikula | $ 805.17 | $ 386.77 | $ 418.40 |
| 04/20/04 | MSI-32842 | 3140026 | Sally Harren | $ 1,319.50 | $ 659.54 | $ 659.96 |
| 04/26/04 | MSI-32924 | 6328606 | Ka Vang | $ 716.64 | $ 365.95 | $ 350.69 |
| 05/04/04 | MSI-32986 | 3018672 | Mike Roach | $ 752.85 | $ 377.93 | $ 374.92 |
| 05/04/04 | MSI-33014 | 0751419 | Harold Fleck | $ 659.90 | $ 330.27 | $ 329.63 |
| 05/05/04 | MSI-33069 | 3224659 | Todd Hundt | $ 742.15 | $ 550.56 | $ 191.59 |
| 05/06/04 | MSI-33074 | 3175586 | Bryan Hellerman | $ 911.40 | $ 661.53 | $ 249.87 |
| 05/06/04 | MSI-33075 | 1990217 | Bryan & Brenda Hellerman | $ 841.95 | $ 614.17 | $ 227.78 |
| 05/07/04 | MSI-33084 | 3164339 | Tom Zessman | $ 1,129.39 | $ 518.06 | $ 611.33 |
| 05/12/04 | MSI-33216 | 3207015 | Lynelle Kysar | $ 793.63 | $ 514.60 | $ 279.03 |
| 05/14/04 | MSI-33222 | 3019620 | Sue Bollman | $ 756.62 | $ 387.80 | $ 368.82 |
| 05/27/04 | MSI-33402 | 3240757 | Beverly Lunberg | $ 717.19 | $ 516.13 | $ 201.06 |
| 06/09/04 | MSI-33522 | 3274492 | Donna Mullenix | $ 837.39 | $ 609.65 | $ 227.74 |
| 06/09/04 | MSI-33595 | 1985395 | Gary Guenther | $ 849.51 | $ 402.71 | $ 446.80 |
| 06/09/04 | MSI-33596 | 1989442 | Gary Guenther | $ 738.92 | $ 373.95 | $ 364.97 |
| 06/11/04 | MSI-33599 | 3260235 | Yer Vue | $ 712.71 | $ 349.24 | $ 363.47 |
| 06/16/04 | MSI-33696 | 3025439 | Sheila Layssard | $ 841.93 | $ 391.30 | $ 450.63 |
| 06/19/04 | MSI-33877 | 3231021 | Rick Scripter | $ 1,296.38 | $ 621.42 | $ 674.96 |
| 06/28/04 | MSI-33881 | 6377556 | Pete And Nancey Kavula | $ 1,248.52 | $ 817.25 | $ 431.27 |
| 06/25/04 | MSI-33886 | 3191262 | Gerald Winge | $ 755.85 | $ 367.34 | $ 388.51 |
| 06/30/04 | MSI-33926 | 3124092 | Terry Host | $ 876.72 | $ 593.31 | $ 283.41 |
| 06/30/04 | MSI-33931 | 3308509 | Curt Senger | $ 928.59 | $ 680.45 | $ 248.14 |
| 07/01/04 | MSI-33933 | 3175797 | John Winkler | $ 769.57 | $ 573.15 | $ 196.42 |
| 06/30/04 | MSI-33940 | 1772421 | Mark Johnson | $ 754.96 | $ 488.40 | $ 266.56 |
| 07/08/04 | MSI-33955 | 3218222 | Renaee Rowe | $ 755.85 | $ 482.70 | $ 273.15 |
| 07/08/04 | MSI-33968 | 6367456 | Nick Potlopenko | $ 769.57 | $ 381.22 | $ 388.35 |
| 07/02/04 | MSI-34030 | 3259162 | Brandon Fream | $ 960.51 | $ 452.68 | $ 507.83 |
| 06/25/04 | MSI-34043 | 1879857 | Dan Lillemo | $ 911.40 | $ 580.83 | $ 330.57 |
| 07/14/04 | MSI-34071 | 3167180 | Paul Cao | $ 755.85 | $ 550.55 | $ 205.30 |
| 07/15/04 | MSI-34082 | 1874631 | Larry Hutchings | $ 808.38 | $ 562.29 | $ 246.09 |
| 07/12/04 | MSI-34116 | 3115929 | Jeff Lathrop | $ 1,961.57 | $ 536.92 | $ 1,424.65 |
| 07/13/04 | MSI-34145 | 1934190 | Corey Streich | $ 911.40 | $ 580.83 | $ 330.57 |
| 07/21/04 | MSI-34215 | 1935072 | Jim And Ruth Lange | $ 798.78 | $ 417.74 | $ 381.04 |
| 07/26/04 | MSI-34245 | 3198419 | Dennis Kopecky | $ 796.31 | $ 349.16 | $ 447.15 |
| 07/28/04 | MSI-34474 | 3188613 | Gregory George | $ 673.40 | $ 336.76 | $ 336.64 |
| 07/28/04 | MSI-34475 | 3188610 | Gregory George | $ 772.51 | $ 386.28 | $ 386.23 |
| 08/04/04 | MSI-34514 | 3254299 | Ann Meyer | $ 789.81 | $ 377.16 | $ 412.65 |
| 08/02/04 | MSI-34544 | 3207987 | Kurt Neitzel | $ 752.76 | $ 478.16 | $ 274.60 |
| 08/09/04 | MSI-34599 | 3195736 | Shannah And James Spinner | $ 751.73 | $ 388.06 | $ 363.67 |
| 08/09/04 | MSI-34614 | 1623779 | Paul And Lorri Gergen | $ 769.57 | $ 502.06 | $ 267.51 |
| 08/10/04 | MSI-34615 | 3019619 | Karen Drusch | $ 893.51 | $ 428.14 | $ 465.37 |
| 08/11/04 | MSI-34716 | 3145974 | Doug Werlein | $ 841.95 | $ 614.17 | $ 227.78 |
| 08/18/04 | MSI-34766 | 1974185 | Matt Gomer | $ 918.85 | $ 402.83 | $ 516.02 |
| 08/12/04 | MSI-34775 | 3308450 | Richard Harsdorf | $ 864.06 | $ 375.61 | $ 488.45 |
| 08/11/04 | MSI-34915 | 3196691 | Jeff And Amy Rowe | $ 849.51 | $ 402.71 | $ 446.80 |
| 08/24/04 | MSI-34954 | 3124787 | Janine And Marlen Eikenborg | $ 755.85 | $ 367.34 | $ 388.51 |
| 09/13/04 | MSI-35290 | 3245538 | Pat and albert Laitala | $ 2,014.81 | $ 1,147.96 | $ 866.85 |
| 09/14/04 | MSI-35315 | 3184830 | Karen Pederson | $ 669.14 | $ 290.92 | $ 378.22 |
| 09/10/04 | MSI-35379 | 3024046 | Lasha Sutton | $ 799.79 | $ 421.53 | $ 378.26 |
| 09/22/04 | MSI-35400 | 3235817 | Robert Bourgoin | $ 735.12 | $ 380.10 | $ 355.02 |
| 09/22/04 | MSI-35401 | 3204733 | Somthiab Chanthalangsy | $ 906.49 | $ 436.80 | $ 469.69 |
| 10/06/04 | MSI-35739 | 3117494 | Matt Brockman | $ 822.53 | $ 394.13 | $ 428.40 |
| 10/07/04 | MSI-35747 | 3178345 | Lee Dilley | $ 779.95 | $ 457.46 | $ 322.49 |
| 10/13/04 | MSI-35861 | 3118547 | Craig Machardy | $ 670.95 | $ 335.42 | $ 335.53 |

**EXHIBIT A**

Alpine Glass, Inc. v. Country Insurance Financial Services
Short Paid Claims

| Date | Invoice # | Policy # | Name | Invoice Amt | Amt Paid | Amt Due |
|---|---|---|---|---|---|---|
| 10/15/04 | MSI-35947 | A22A6582478 | Brian Gilbertson | $ 750.73 | $ 351.96 | $ 398.77 |
| 10/15/04 | MSI-35948 | 3170874 | Eileen Cummings | $ 791.55 | $ 374.16 | $ 417.39 |
| 10/21/04 | MSI-36009 | A22A6591992 | Jessica Banks | $ 1,040.38 | $ 695.21 | $ 345.17 |
| 10/13/04 | MSI-36037 | 1911917 | Jane Alsleben | $ 841.95 | $ 548.20 | $ 293.75 |
| 10/13/04 | MSI-36042 | 3200979 | Karen And Barry Jensen | $ 916.46 | $ 383.66 | $ 532.80 |
| 11/04/04 | MSI-40012 | 3257862 | Chad Autio | $ 715.20 | $ 254.82 | $ 460.38 |
| 11/15/04 | MSI-40138 | 1962412 | Tiffini Keefer | $ 755.85 | $ 321.54 | $ 434.31 |
| 11/17/04 | MSI-40173 | 3131883 | Chad Sundberg | $ 849.51 | $ 402.71 | $ 446.80 |
| 11/17/04 | MSI-40193 | 3159793 | Mathew Miller | $ 714.10 | $ 448.89 | $ 265.21 |
| 11/17/04 | MSI-40196 | 1989454 | Kimberly Gipe | $ 812.81 | $ 337.86 | $ 474.95 |
| 11/17/04 | MSI-40222 | CA6621916 | Scott Riley | $ 844.24 | $ 411.43 | $ 432.81 |
| 11/23/04 | MSI-40306 | 363024516 | Bun Auth | $ 732.34 | $ 473.75 | $ 258.59 |
| 11/26/04 | MSI-40350 | A22A6547676 | Steve & Cindy Scharpe | $ 1,721.83 | $ 1,290.97 | $ 430.86 |
| 11/30/04 | MSI-40388 | A22A6554743 | William Karol | $ 688.57 | $ 341.01 | $ 347.56 |
| 12/03/04 | MSI-40452 | 3274774 | Jared Christianson | $ 932.25 | $ 458.90 | $ 473.35 |
| 12/13/04 | MSI-40594 | P22A6668306 | Paul Thoa | $ 731.33 | $ 373.79 | $ 357.54 |
| 12/16/04 | MSI-40619 | 1910745 | Jeff Oien | $ 1,214.74 | $ 600.57 | $ 614.17 |
| 12/16/04 | MSI-40627 | A22A6619579 | Dee Scherer | $ 796.31 | $ 349.16 | $ 447.15 |
| 12/21/04 | MSI-40711 | AA6656922 | Thomas Engh | $ 769.57 | $ 252.06 | $ 517.51 |
| 12/21/04 | MSI-40720 | 3106360 | Agri-Comm Alarm Systems | $ 654.96 | $ 388.40 | $ 266.56 |
| 01/07/05 | MSI-40840 | A22A6612421 | Michelle & Jeff Tietz | $ 860.80 | $ 398.76 | $ 462.04 |
| 01/10/05 | MSI-40853 | 005515731 | Judy A & George Phelps | $ 808.92 | $ 529.88 | $ 279.04 |
| 01/12/05 | MSI-40888 | AA6613055 | Brad Olson | $ 843.70 | $ 407.05 | $ 436.65 |
| 01/17/05 | MSI-40922 | A48A6499953 | Jason & DeAnne Grider | $ 677.97 | $ 313.32 | $ 364.65 |
| 01/21/05 | MSI-41014 | A22A6546044 | Sancra Boncher | $ 763.27 | $ 376.50 | $ 386.77 |
| 01/21/05 | MSI-41018 | A22A6567235 | Sue Jeffrey | $ 733.27 | $ 347.28 | $ 385.99 |
| 01/21/05 | MSI-41028 | A22A6580412 | Timothy Zenk | $ 788.58 | $ 381.86 | $ 406.72 |
| 01/25/05 | MSI-41070 | 3133294 | Robin Long | $ 733.27 | $ 448.89 | $ 284.38 |
| 02/09/05 | MSI-41291 | 3181897 | Mike Nelson | $ 775.02 | $ 346.99 | $ 428.03 |
| 02/14/05 | MSI-41417 | 3211715 | Rebecca Ammerman | $ 819.63 | $ 502.06 | $ 317.57 |
| 02/16/05 | MSI-41448 | 6377556 | Nancy & Pete Kavula | $ 1,378.84 | $ 891.69 | $ 487.15 |
| 02/18/05 | MSI-41516 | 3028435 | Dave Halonen | $ 776.22 | $ 395.01 | $ 381.21 |
| 03/01/05 | MSI-41610 | A22A6673332 | Patrick Ruprecht | $ 812.01 | $ 358.32 | $ 453.69 |
| 03/03/05 | MSI-41655 | A48A6689300 | Kay & Ker Yang | $ 819.63 | $ 324.99 | $ 494.64 |
| 03/07/05 | MSI-41704 | AA6579970 | Joni Peterson | $ 872.73 | $ 468.62 | $ 404.11 |
| 03/07/05 | MSI-41715 | A22A6590474 | Cheng Dong Yong | $ 868.68 | $ 462.34 | $ 406.34 |
| 03/16/05 | MSI-41889 | 3115929 | Jeff & Amy Lathrop | $ 891.51 | $ 344.63 | $ 546.88 |
| 03/18/05 | MSI-41921 | A22A6602699 | Michelle May | $ 769.32 | $ 347.92 | $ 421.40 |
| 03/18/05 | MSI-41928 | 6348468 | Patrick & Patricia Ploog | $ 817.95 | $ 510.51 | $ 307.44 |
| 03/18/05 | MSI-41957 | A22A6566121 | Jim Jedlicki | $ 819.63 | $ 324.99 | $ 494.64 |
| 03/22/05 | MSI-41964 | 3132801 | Dan Iillemo | $ 830.74 | $ 439.26 | $ 391.48 |
| 03/30/05 | MSI-42081 | C22A6656296 | Theresa Scripture | $ 733.27 | $ 370.42 | $ 362.85 |
| 03/31/05 | MSI-42104 | C22A6622521 | Tracey Edick | $ 901.03 | $ 434.55 | $ 466.48 |
| 03/31/05 | MSI-42120 | A22A6543374 | Phil Callahan | $ 896.47 | $ 433.61 | $ 462.86 |
| 04/06/05 | MSI-42189 | 31549992 | Don Siefert | $ 872.73 | $ 408.43 | $ 464.30 |
| 04/13/05 | MSI-42304 | 1867579 | Pat Hegstrom | $ 690.12 | $ 324.24 | $ 365.88 |
| 04/14/05 | MSI-42322 | A22A6615001 | John Hoffman | $ 872.73 | $ 408.43 | $ 464.30 |
| 04/18/05 | MSI-42375 | A22A6606671 | Kenneth Damann | $ 806.17 | $ 438.81 | $ 367.36 |
| 05/02/05 | MSI-42592 | 3118547 | Craig MacHardy | $ 690.12 | $ 324.24 | $ 365.88 |
| 05/03/05 | MSI-42639 | A22A667487 | Terry & Nen Gorsemehl | $ 751.13 | $ 424.13 | $ 327.00 |
| 05/03/05 | MSI-42646 | A22A6594038 | Erin Haglund | $ 868.68 | $ 462.34 | $ 406.34 |
| 05/04/05 | MSI-42699 | AA6610459 | Michel Otten | $ 902.35 | $ 372.87 | $ 529.48 |
| 05/04/05 | MSI-42701 | C22A6676873 | John Caird | $ 754.29 | $ 446.82 | $ 307.47 |
| 05/06/05 | MSI-42729 | A22A6618129 | Barton Schulze | $ 808.61 | $ 464.29 | $ 344.32 |
| 05/06/05 | MSI-42733 | A22A6618130 | Barton Schulze | $ 754.29 | $ 446.82 | $ 307.47 |
| 05/11/05 | MSI-42778 | A22A6574675 | Judy & Mathew Miller | $ 815.48 | $ 398.13 | $ 417.35 |
| 05/11/05 | MSI-42787 | 3173573 | Todd Sampson | $ 885.67 | $ 440.70 | $ 444.97 |
| 05/11/05 | MSI-42790 | 0421483 | Helen & Edwin Dobe | $ 861.12 | $ 494.97 | $ 366.15 |
| 05/13/05 | MSI-42847 | A22A6596931 | Clarence & Linda Wallace | $ 905.63 | $ 390.55 | $ 515.08 |
| 05/19/05 | MSI-42879 | A22A6598038 | Mark Gloede | $ 763.03 | $ 447.12 | $ 315.91 |

Alpine Glass, Inc. v. Country Insurance Financial Services
Short Paid Claims

| Date | Invoice # | Policy # | Name | Invoice Amt | Amt Paid | Amt Due |
|---|---|---|---|---|---|---|
| 05/20/05 | MSI-42955 | 6589014 | Anderson, Kathy | $ 837.06 | $ 400.53 | $ 436.53 |
| 05/25/05 | MSI-42985 | AA6605010 | Patty Alex | $ 824.26 | $ 367.49 | $ 456.77 |
| 06/01/05 | MSI-43038 | A22A6580412 | Tim Zenk | $ 789.82 | $ 348.01 | $ 441.81 |
| 06/01/05 | MSI-43045 | A22A6585897 | Karl & Teresa Kalahar | $ 2,036.11 | $ 793.64 | $ 1,242.47 |
| 06/02/05 | MSI-43066 | A22A6560675 | Maggie Flantz | $ 765.24 | $ 105.32 | $ 659.92 |
| 06/08/05 | MSI-43145 | P22A6691325 | Don & Donna Stephens | $ 868.93 | $ 462.08 | $ 406.85 |
| 06/09/05 | MSI-43159 | AA6573160 | Andy Hills | $ 820.67 | $ 382.91 | $ 437.76 |
| 06/09/05 | MSI-43160 | PA6605610 | Sue & John Byrne | $ 766.07 | $ 464.92 | $ 301.15 |
| 06/09/05 | MSI-43169 | A22A6717778 | Allison Florez | $ 914.36 | $ 405.03 | $ 509.33 |
| 06/14/05 | MSI-43184 | A22A6590005 | John Markgren | $ 778.16 | $ 328.96 | $ 449.20 |
| 06/15/05 | MSI-43216 | A48A6496697 | Ken Rimarcik | $ 818.18 | $ 368.53 | $ 449.65 |
| 06/20/05 | MSI-43274 | 3117201 | Mark Schmidtbauer | $ 873.36 | $ 520.53 | $ 352.83 |
| 06/22/05 | MSI-43319 | 1759721 | Pastor Mark Johnson | $ 863.42 | $ 443.18 | $ 420.24 |
| 06/24/05 | MSI-43372 | AA6570912 | Eric & Evelyn Lee | $ 954.17 | $ 348.01 | $ 606.16 |
| 06/30/05 | MSI-43434 | 1941491 | David Eggert | $ 824.26 | $ 424.57 | $ 399.69 |
| 07/01/05 | MSI-43447 | AA6584316 | Tiffini Keefer | $ 775.84 | $ 317.21 | $ 458.63 |
| 07/07/05 | MSI-43558 | A22A6557690 | Linda Anwiler | $ 762.32 | $ 454.36 | $ 307.96 |
| 07/20/05 | MSI-43731 | AA6597328 | Holly Simonson | $ 768.91 | $ 348.36 | $ 420.55 |
| 07/22/05 | MSI-43788 | A22A6697841 | Steven Mitchell | $ 708.17 | $ 408.85 | $ 299.32 |
| 07/22/05 | MSI-43809 | A22A6544623 | Marilyn Giefer | $ 802.36 | $ 334.09 | $ 468.27 |
| 07/29/05 | MSI-43934 | C22A6597531 | Kenneth Moe | $ 788.74 | $ 316.07 | $ 472.67 |
| 08/04/05 | MSI-43972 | AA65555255 | Archie Shurb | $ 755.07 | $ 390.65 | $ 364.42 |
| 08/10/05 | MSI-44127 | P22A6676807 | Beverly Trotter | $ 945.39 | $ 350.17 | $ 595.22 |
| 08/15/05 | MSI-44158 | A22A6566745 | Lisa & John Oyaas | $ 775.19 | $ 375.87 | $ 399.32 |
| 08/26/05 | MSI-44239 | A22A6567384 | Cynthia Gerr | $ 873.36 | $ 520.53 | $ 352.83 |
| 08/26/05 | MSI-44246 | AA6672113 | Steve Hauschidt | $ 697.04 | $ 318.26 | $ 378.78 |
| 08/29/05 | MSI-44258 | P22A6659048 | Betty Jeane Hubbard | $ 825.78 | $ 400.77 | $ 425.01 |
| 08/29/05 | MSI-44272 | A22A6568010 | LeAnne & Curt Senger | $ 708.17 | $ 408.85 | $ 299.32 |
| 08/29/05 | MSI-44275 | A22A6565217 | Laura & Paul Edelbrock | $ 827.65 | $ 444.41 | $ 383.24 |
| 08/29/05 | MSI-44301 | AA6572323 | Steve Kilibarda | $ 873.36 | $ 395.77 | $ 477.59 |
| 08/29/05 | MSI-44310 | P22A6548304 | John & Eunice MacFarlane | $ 1,155.09 | $ 508.55 | $ 646.54 |
| 09/07/05 | MSI-44417 | A22A6657274 | Rebecca Ammerman | $ 900.63 | $ 435.77 | $ 464.86 |
| 09/07/05 | MSI-44432 | P22A6615582 | Kevin Johnson | $ 697.04 | $ 362.66 | $ 334.38 |
| 09/09/05 | MSI-44496 | A22A6555701 | Doug Ellingsen | $ 719.51 | $ 311.36 | $ 408.15 |
| 09/12/05 | MSI-44573 | A22A6733449 | James Stephens | $ 927.15 | $ 350.80 | $ 576.35 |
| 09/25/05 | MSI-44813 | PA6610341 | Somta Pathoumthong | $ 820.67 | $ 378.00 | $ 442.67 |
| 10/03/05 | MSI-44925 | AA6569161 | Heather Mascarenas | $ 946.22 | $ 412.14 | $ 534.08 |
| 10/05/05 | MSI-44965 | A22A6607198 | Marcus & Angie Barden | $ 869.07 | $ 446.49 | $ 422.58 |
| 10/05/05 | MSI-44967 | A22A6550367 | Ronald Cozatt | $ 873.36 | $ 442.72 | $ 430.64 |
| 10/06/05 | MSI-45018 | P22A6694432 | Edna Blanchard | $ 802.56 | $ 371.91 | $ 430.65 |
| 10/13/05 | MSI-45102 | C22A6622912 | Kim Bucholz | $ 891.28 | $ 423.79 | $ 467.49 |
| 10/24/05 | MSI-45282 | PA6610827 | Todd & Shannon Hundt | $ 806.60 | $ 437.90 | $ 368.70 |
| 10/25/05 | MSI-45328 | AA6593778 | Katy Roumbly | $ 961.63 | $ 468.06 | $ 493.57 |
| 10/26/05 | MSI-45369 | P22A6717898 | Julie & Charles Braun | $ 744.70 | $ 452.98 | $ 291.72 |
| 10/26/05 | MSI-45383 | A22A6644296 | Bart & Cheryl Schulze | $ 1,645.79 | $ 465.86 | $ 1,179.93 |
| 10/28/05 | MSI-45389 | PA6698701 | Phillip Fotey | $ 824.32 | $ 399.25 | $ 425.07 |
| 10/31/05 | MSI-45423 | A22A6615483 | Erica & Kevin Drake | $ 864.21 | $ 373.51 | $ 490.70 |
| 11/08/05 | MSI-45512 | A22A6629553 | Gary & Karen Jech | $ 436.81 | $ 369.88 | $ 66.93 |
| 11/09/05 | MSI-45533 | A22A6575933 | Michael Schmit | $ 944.11 | $ 414.55 | $ 529.56 |
| 11/17/05 | MSI-45651 | P22A6602247 | Debbie & Dan Sheets | $ 827.46 | $ 367.67 | $ 459.79 |
| 11/18/05 | MSI-45694 | A22A6565217 | Laura & Paul Edelbrock | $ 827.65 | $ 385.82 | $ 441.83 |
| 11/18/05 | MSI-45695 | A22A6658098 | Laura & Paul Edelbrock | $ 708.17 | $ 354.98 | $ 353.19 |
| 11/30/05 | MSI-45766 | AA6576200 | Stephanie Suddendorf | $ 762.32 | $ 400.25 | $ 362.07 |
| 11/30/05 | MSI-45770 | AA6568390 | Melissa & Tony Maulwurf | $ 932.19 | $ 410.24 | $ 521.95 |
| 12/07/05 | MSI-45902 | PA6746170 | Kevin & Amy O'Neil | $ 752.86 | $ 330.25 | $ 422.61 |
| 12/12/05 | MSI-45939 | A22A6594310 | Alan McCarty | $ 881.34 | $ 518.69 | $ 362.65 |
| 12/12/05 | MSI-45959 | A22A666497 | Ron Bougie | $ 806.66 | $ 379.42 | $ 427.24 |
| 12/13/05 | MSI-45981 | PA6746171 | Kevin & Amy O'Neal | $ 952.10 | $ 407.51 | $ 544.59 |
| 12/13/05 | MSI-45985 | AA6674392 | Mark Simon | $ 783.83 | $ 360.09 | $ 423.74 |
| 12/23/05 | MSI-46114 | A22A6593697 | Keith Kemnitz | $ 700.04 | $ 351.94 | $ 348.10 |

11/4/2009
**EXHIBIT A**

Alpine Glass, Inc. v. Country Insurance Financial Services
Short Paid Claims

| Date | Invoice # | Policy # | Name | Invoice Amt | Amt Paid | Amt Due |
|---|---|---|---|---|---|---|
| 12/23/05 | MSI-46131 | AA6584999 | Mary Kate & Darin Nelson | $ 946.87 | $ 423.09 | $ 523.78 |
| 12/23/05 | MSI-46139 | AA6585061 | Becky & David Gadacz | $ 880.33 | $ 473.51 | $ 406.82 |
| 12/23/05 | MSI-46151 | P22A6735497 | Justin Westbrook | $ 880.33 | $ 403.38 | $ 476.95 |
| 01/05/06 | MSI-46261 | AA6552514 | Viann Montgomery | $ 752.03 | $ 424.54 | $ 327.49 |
| 01/05/06 | MSI-46268 | AA6675971 | Becky & Mike Clark | $ 1,348.33 | $ 540.34 | $ 807.99 |
| 01/12/06 | MSI-46341 | AA6747690 | Bob & Vicki Bevans | $ 849.05 | $ 367.81 | $ 481.24 |
| 01/18/06 | MSI-46421 | A48A6503480 | Ronald Gullickson | $ 602.22 | $ 112.27 | $ 489.95 |
| 01/18/06 | MSI-46422 | A48A6503480 | Ronald Gullickson | $ 671.10 | $ 137.05 | $ 534.05 |
| 01/19/06 | MSI-46451 | A2246578392 | Chuck and Sandra Davis | $ 923.82 | $ 396.51 | $ 527.31 |
| 01/25/06 | MSI-46532 | A22A6546175 | Steven Neil Schultz | $ 780.58 | $ 357.69 | $ 422.89 |
| 01/30/06 | MSI-46552 | AA6561986 | Dennis Pankonin | $ 828.74 | $ 424.57 | $ 404.17 |
| 01/30/06 | MSI-46562 | A22A6594837 | Greg Norberg | $ 929.97 | $ 364.08 | $ 565.89 |
| 01/31/06 | MSI-46585 | A22A6612237 | Patrick Ploog | $ 796.85 | $ 371.70 | $ 425.15 |
| 01/31/06 | MSI-46601 | P22A6593744 | Sara Templin | $ 908.93 | $ 394.44 | $ 514.49 |
| 02/08/06 | MSI-46703 | PA6760027 | Glenn & Lee Gertken | $ 719.34 | $ 361.71 | $ 357.63 |
| 02/21/06 | MSI-46864 | A22A6610245 | Joe Silvernagel | $ 1,359.89 | $ 1,057.08 | $ 302.81 |
| 02/21/06 | MSI-46871 | A22A6603806 | Charles Ramirez | $ 752.03 | $ 368.59 | $ 383.44 |
| 03/03/06 | MSI-46979 | A22A6615180 | Marla & Robert Obrien | $ 777.25 | $ 410.79 | $ 366.46 |
| 03/06/06 | MSI-47015 | P22A6762379 | Andrea Rivera | $ 1,133.10 | $ 498.25 | $ 634.85 |
| 03/06/06 | MSI-47016 | AA6546534 | Odean & Janet Jerdee | $ 792.03 | $ 424.39 | $ 367.64 |
| 03/10/06 | MSI-47059 | AA6619888 | Harlan Peterson | $ 828.74 | $ 366.58 | $ 462.16 |
| 03/17/06 | MSI-47168 | A22A6574675 | Judy & Mathew Miller | $ 770.93 | $ 377.07 | $ 393.86 |
| 03/22/06 | MSI-47223 | A22A6710328 | Kathleen Swift | $ 994.17 | $ 563.94 | $ 430.23 |
| 03/27/06 | MSI-47271 | AA6717959 | Robin Melberg | $ 1,755.05 | $ 790.40 | $ 964.65 |
| 03/28/06 | MSI-47296 | P22A6739372 | James Hookom | $ 748.17 | $ 407.08 | $ 341.09 |
| 03/28/06 | MSI-47304 | PA6787555 | Francis Hanggi | $ 903.42 | $ 439.16 | $ 464.26 |
| 04/05/06 | MSI-47401 | A22A6605269 | Dave & Tiffany Nelson | $ 784.87 | $ 358.54 | $ 426.33 |
| 04/10/06 | MSI-47475 | 82A22A6596931 | Clarence & Linda Wallace | $ 801.32 | $ 360.09 | $ 441.23 |
| 04/10/06 | MSI-47486 | P22A6760962 | Keith Howard | $ 837.09 | $ 368.37 | $ 468.72 |
| 04/12/06 | MSI-47523 | PA6722532 | Manda Lesabor and Eric Bailey | $ 784.70 | $ 375.19 | $ 409.51 |
| 04/12/06 | MSI-47536 | P22A6737361 | Toni & Jake Fredrickson | $ 1,225.86 | $ 583.85 | $ 642.01 |
| 04/28/06 | MSI-47747 | A22A6564377 | Timothy & Sheryl Devaney | $ 1,250.98 | $ 511.37 | $ 739.61 |
| 05/08/06 | MSI-47883 | A22A6557134 | Nicole Derbsierr | $ 813.72 | $ 459.85 | $ 353.87 |
| 05/09/06 | MSI-47905 | A22A6589454 | Dale Hoikka | $ 1,311.53 | $ 448.59 | $ 862.94 |
| 05/22/06 | MSI-48034 | P22A6556024 | Randall Stanke | $ 871.49 | $ 401.47 | $ 470.02 |
| 05/31/06 | MSI-48154 | A22A6552126 | Randy & Deb Franzen | $ 948.70 | $ 397.77 | $ 550.93 |
| 05/31/06 | MSI-48155 | A22A6552125 | Randy & Deb Franzen | $ 800.16 | $ 373.98 | $ 426.18 |
| 06/12/06 | MSI-48310 | A22A6564559 | Cheryl & Wayne Hartge | $ 839.04 | $ 445.19 | $ 393.85 |
| 06/16/06 | MSI-48340 | AA6610022 | Che Regnier | $ 859.42 | $ 382.04 | $ 477.38 |
| 06/16/06 | MSI-48358 | P22A6619579 | Dee Scherer | $ 851.08 | $ 435.12 | $ 415.96 |
| 06/16/06 | MSI-48373 | AA6591068 | Clint & Corie Potter | $ 859.93 | $ 395.82 | $ 464.11 |
| 06/26/06 | MSI-48475 | A22A6769829 | Linda and Elroy Lovaas | $ 826.70 | $ 451.19 | $ 375.51 |
| 06/27/06 | MSI-48534 | A22A6587456 | Roger Bacon | $ 855.60 | $ 402.67 | $ 452.93 |
| 07/06/06 | MSI-48612 | P48A6804125 | Thomas and Dawn Carlsgaard | $ 889.97 | $ 396.78 | $ 493.19 |
| 07/20/06 | MSI-48805 | PA6746170 | Kevin O'Neal | $ 829.20 | $ 360.13 | $ 469.07 |
| 07/25/06 | MSI-48846 | A22A6655838 | Mary Roach | $ 750.29 | $ 378.47 | $ 371.82 |
| 07/25/06 | MSI-48847 | P22A6598244 | Lisa and Robert Hoffman | $ 750.13 | $ 382.71 | $ 367.42 |
| 08/01/06 | MSI-48943 | A22A6548540 | Marcella and Mark Harren | $ 1,973.73 | $ 964.20 | $ 1,009.53 |
| 08/01/06 | MSI-48945 | A22A6605392 | Dan and Susan Farr | $ 771.37 | $ 391.23 | $ 380.14 |
| 08/03/06 | MSI-48951 | C22A6602977 | Brad and Sandra Larock | $ 711.94 | $ 374.99 | $ 336.95 |
| 08/08/06 | MSI-49030 | AA6602978 | Brad and Sandra Larock | $ 744.66 | $ 380.41 | $ 364.25 |
| 08/15/06 | MSI-49152 | A22A6595954 | Heather Westman | $ 931.47 | $ 366.41 | $ 565.06 |
| 08/24/06 | MSI-49251 | P22A6792675 | Angela and Timothy Juhl | $ 755.07 | $ 446.91 | $ 308.16 |
| 08/24/06 | MSI-49257 | P22A6619011 | Michael Gergen | $ 794.80 | $ 370.26 | $ 424.54 |
| 08/29/06 | MSI-49292 | A22A6578388 | Sandra Adams | $ 856.92 | $ 376.13 | $ 480.79 |
| 09/11/06 | MSI-49432 | A22A6612243 | Patrick D. Ploog | $ 1,026.45 | $ 470.19 | $ 556.26 |
| 09/12/06 | MSI-49446 | AA6449307 | Lenny Swanson | $ 720.67 | $ 333.99 | $ 386.68 |
| 09/12/06 | MSI-49447 | AA6449307 | Lenny Swanson | $ 608.17 | $ 307.71 | $ 300.46 |
| 09/12/06 | MSI-49452 | ca6608575 | Edward Shawa | $ 820.67 | $ 421.34 | $ 399.33 |
| 09/25/06 | MSI-49696 | P22A6723231 | Franklin Perry | $ 872.12 | $ 397.27 | $ 474.85 |

**EXHIBIT A**