AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Alpine Glass, Inc.

V.

Country Mutual Insurance Company,
MSI Preferred Insurance Company,
Mutual Service Casualty Insurance
Company, Modern Service Insurance
Company, Country Preferred Insurance
Company, and Country Casualty Insurance
Company

**JUDGMENT IN A CIVIL CASE**

Case Number:  09-CV-3492 PAM/JSM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Alpine Glass's Motion to Confirm Arbitration Award (Docket No. 82) is DENIED; but

2. The underlying arbitration award is CONFIRMED according to 9 U.S.C. § 9.

|  |  |
|---|---|
| June 19, 2014 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/LP Holden |
|  | (By)   LP Holden   Deputy Clerk |

C:\Users\holden\Desktop\Guides and stuff\Forms\Blank Judgment Form.wpd          Form Modified: 09/16/04